# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

WILLIAM JAMES TRUESDALE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1669

_____

November 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

William James Truesdale, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.